James J. Doherty, Public Defender, of Chicago (John X. Breslin and Thomas F. Finegan, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Mary Ellen Dienes, Assistant State's Attorneys, of counsel, and Larry L. Thompson), for the People.

ADLER BUSINESS MACHINES, INC., Plaintiff-Appellee, *v.* BABBEY OFFICE MACHINES, INC., Defendant-Appellant.

(No. 58910;

First District (2nd Division)—November 19, 1974.

PER CURIAM.

John W. Purney, of Chicago, for appellant.

Teller, Levit & Silvertrust and Louis I. Kessler, both of Chicago, (Arthur Raphael, of counsel), for appellee.